```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

UNITED STATES OF AMERICA                              CRIMINAL ACTION

v.                                                    NO. 12-01

HOWARD ET AL.                                         SECTION "F"

<u>ORDER AND REASONS</u>

Before the Court are Shirley Hankton, Nakia Hankton, Thomas Hankton, Telly Hankton, Walter Porter, and Kevin Jackson's requests for oral argument on the following motions: (1) Shirley Hankton's motion to sever; (2) Nakia Hankton's motion to sever; (3) Thomas Hankton's motion to sever; (4) Telly Hankton's motion to sever; (5) Walter Porter's motion to sever from Thomas Hankton and Telly Hankton in Counts 15 and 16; and (6) Kevin Jackson's motion for reconsideration of denial of earlier motion to sever.[1] Their requests are DENIED for the reasons that follow.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.

2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.

3. The motion or opposition papers argue for a change in existing law.

---

[1] There are a total of nine motions set for hearing on November 6, 2015. Oral argument has only been requested for the motions named here. There will be no oral argument for the remaining three motions either.

1

   4.   The motion or opposition papers implicate a constitutional issue.

   5.   The case itself is of widespread community interest.

None of these factors are present here. Although criminal motions often tangentially implicate constitutional issues, the Court finds that adequate consideration can be given to these motions on the papers.

   IT IS ORDERED: that the defendants' requests for oral argument on (1) Shirley Hankton's motion to sever; (2) Nakia Hankton's motion to sever; (3) Thomas Hankton's motion to sever; (4) Telly Hankton's motion to sever; (5) Walter Porter's motion to sever from Thomas Hankton and Telly Hankton in Counts 15 and 16; and (6) Kevin Jackson's motion for reconsideration of denial of earlier motion to sever are hereby DENIED.

                    New Orleans, Louisiana, October 30, 2015

                         _____
                              MARTIN L. C. FELDMAN
                         UNITED STATES DISTRICT JUDGE