UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | | CASE NO. 12-1 |
| WALTER PORTER | * | USM NO. 32479-034 |

Date of Previous Judgment: 11/9/2016          Defendant's Attorney: Pro se

## ORDER FOR SENTENCE REDUCTION
## PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the Court for a reduction in the term of imprisonment imposed based on the modification of statutory penalties by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time the defendant's offense was committed: Having considered such motion, and taking into account Section 404 of the First Step Act of 2018, to the extent it is applicable, and the sentencing factors from Title 18 USC 3553(a),

**IT IS ORDERED** that the motion is:
☐ GRANTED and the defendant's previously imposed sentence of imprisonment of _____ as to count(s) _____ is reduced to _____.
☐ DEFERRED pending supplemental briefing and/or a hearing.
☒ DENIED after complete review of the motion on the merits.

The defendant's total term of imprisonment as to all count(s) is <u>life imprisonment</u>.

The defendant's term of supervised release:
☒ REMAINS as previously ordered.
☐ is REDUCED to _____.

**COURT DETERMINATIONS OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018**
Prior Statutory Minimum:                Amended Statutory Minimum:
Prior Guideline Range:                  Amended Guideline Range:
Prior Sentence:                         Amended Sentence:
Prior Supervised Release:               Amended Supervised Release:

Comments (if applicable):

On November 9, 2016, after being found guilty as to all 14 counts in which he was charged in a 22-count third superseding indictment, the defendant was sentenced to serve life in prison. All members of the First Step Act Screening Committee agree that the defendant is ineligible for a sentence reduction under Section 404 of the First Step Act because none of his convictions are for violations of 21 U.S.C. §§ 841 or 844. The Court also finds that the defendant is ineligible for a sentence reduction under the remaining provisions of the First Step Act because he was sentenced before the Act was signed into law, and "Sections 401, 402, and 403 ... are not retroactively available to those already sentenced." See United States v. White, No. CR 93-97, 2019 WL 3719006, at *18 (D.D.C. Aug. 6, 2019). Sections 401 and 403 apply only to offenses committed before the December 21, 2018 date of enactment, if a sentence had not yet been imposed, while Section 402 applies to convictions entered on or after the date of enactment. Because the First Step Act affords the defendant no relief, his request for appointment of counsel is also denied.

All provisions of the judgment dated 11/9/2016 shall remain in effect.

**IT IS SO ORDERED.**

8/14/2019                                 _/s/ Martin L. C. Feldman_
ORDER DATE                                UNITED STATES DISTRICT JUDGE